■
**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James Francis HILL, Defendant-
Appellant.**

No. 14372.

United States Court of Appeals
Sixth Circuit.

June 20, 1961.

John C. Crawford, Jr., U. S. Atty.,
Knoxville, Tenn., on brief, for plaintiff-
appellee.

James Francis Hill, in pro. per.

Before MARTIN, McALLISTER and
O'SULLIVAN, Circuit Judges.

ORDER.

This cause came on to be heard on
the record and on the briefs of the par-
ties, and upon due consideration thereof,

It is ordered that the order of District
Judge Robert L. Taylor denying the mo-
tion of appellant, James Francis Hill,
under Rule 36 of the Federal Rules of
Criminal Procedure, 18 U.S.C.A., to cor-
rect the record in Cases Nos. 10,113 and
10,114 (Criminal Docket, Eastern Dis-
trict of Tennessee, Southern Division)
be, and the same is, hereby affirmed.

■
**Calvin WILLIAMS, Petitioner-Appellant,**

v.

**Thomas BELL, substituted for Don Car-
michael, Sheriff of Genesee County,
Michigan, deceased, Respondent-Appel-
lee.**

No. 14432.

United States Court of Appeals
Sixth Circuit.

June 14, 1961.

Max Dean, Flint, Mich., Leitson, Dean,
Dean & Abram, Flint, Mich., on brief,
for petitioner-appellant.

Robert F. Leonard, Asst. Pros. Atty.,
Flint, Mich., for respondent-appellee.

Before MILLER, Chief Judge, and
MARTIN and McALLISTER, Circuit
Judges.

ORDER.

The above cause coming on to be heard
on the transcript of record, the briefs of
the parties, and the argument of counsel
in open court, and the court being duly
advised,

Now therefore it is ordered, adjudged
and decreed that the order of the District
Court denying appellant's petition for
habeas corpus, be and is hereby affirmed
on the authority of Sweeney v. Woodall,
344 U.S. 86, 73 S.Ct. 139, 97 L.Ed. 114,
and Johnson v. Matthews, 86 U.S.App.
D.C. 376, 182 F.2d 677.